IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WALTER V. MOREHEAD                                                                    PLAINTIFF

v.                                    Case No. 1:13-CV-01077

JAILER DOUG WOOD; SHERIFF
DAVID NORWOOD; and JAIL
ADMINISTRATOR NATHAN GREELEY                                                DEFENDANTS

## ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. The Plaintiff

proceeds *pro se* and *in forma pauperis*.

When Plaintiff filed this case on October 21, 2013, he was incarcerated in the Ouachita

County Detention Center (ECF No. 1). Plaintiff was specifically advised that he had the obligation

to inform the Court immediately of any changes in his address (ECF No. 3).

On December 27, 2013, mail was returned to this Court as undeliverable with the notation

that Plaintiff was no longer incarcerated at that facility. Plaintiff did not provide the Court with a

change of address. On January 16, 2014, the Court obtained the Plaintiff's home address from the

detention center and entered a change of address on Plaintiff's behalf (ECF No. 14). Plaintiff was

reminded that it was his obligation to keep the Court informed of his current address at all times

(ECF No. 14).

In October of 2014, Defendants advised the Court that the Plaintiff was once again

incarcerated in the Ouachita County Detention Center (ECF No. 19). A change of address was again

entered on the Plaintiff's behalf (ECF No. 19). Plaintiff was advised that future failures to keep the

Court informed of his current address would result in the dismissal of this case.

By order entered on September 1, 2015, this case was set for a summary judgment hearing

on Wednesday, October 14, 2015 (ECF No. 24).  A writ was issued to ensure Plaintiff's attendance at the hearing (ECF No. 26).

On October 7, 2015, mail was again returned to the Court with a notation that Plaintiff was no longer incarcerated in the Ouachita County Detention Center.  The hearing was cancelled.

Thereafter, the Court discovered that the Plaintiff had been transferred to the Arkansas Department of Correction, Tucker Unit.  A change of address (ECF No. 30) was entered on the Plaintiff's behalf.

On November 5, 2015, a show cause order (ECF No. 31) was entered.  Plaintiff was given until November 25, 2015, to show cause why he failed to keep the Court informed of his current mailing address.  Plaintiff was advised that failure to respond to the order would subject the case to dismissal.

Plaintiff has not responded to the show cause order.  He has not communicated with the Court in any way.  The show cause order has not been returned as undeliverable.  Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this case is **DISMISSED WITH PREJUDICE** for failure to obey an order of the Court and failure to prosecute this case.

**IT IS SO ORDERED**, this 7th day of January, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge